# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON SOTO, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>MORE NATURALLY, INC. d/b/a MORE HAIR NATURALLY, a California corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-cv-09384-DSF-AS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

| Gold, Andrea R. | of | Tycko & Zavareei LLP |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 1828 L St. NW |
| (202) 973-0900    (202) 973-0931 | | Washington, D.C. 20036 |
| *Telephone Number    Fax Number* | | |
| agold@tzlegal.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Nelson Soto

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

| Kazerounian, Seyed A. | of | Kazerouni Law Group, APC |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 245 Fiseher Ave., Unit D1 |
| 249203    (800) 400-6808    (800) 520-5523 | | Costa Mesa, CA 92626 |
| *Designee's Cal. Bar No.    Telephone Number    Fax Number* | | |
| ak@kazlg.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☒ because   See Deficiency, Nelson Scott is not a named party.

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: November 15, 2018**

*[signature: Dale S. Fischer]*

**U.S. District Judge**