Tanya Forsheit, Esq. (CSBN 192472)
Azita Iskandar, Esq. (CSBN 280749)
**FRANKFURT KURNIT KLEIN & SELZ P.C.**
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Tel.: (310) 579-9600
Fax: (310) 579-9650
TForsheit@fkks.com
AIskandar@fkks.com

Attorneys for Defendant More Naturally, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nelson Soto, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>More Naturally, Inc. d/b/a/ More Hair Naturally, a California corporation,<br><br>*Defendant*. | Case No. 2:18-cv-09384-DSF-AS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L. R. 8-3) AND TO EXTEND TIME TO MOVE FOR CLASS CERTIFICATION BY 30 DAYS**<br><br>HON. DALE S. FISCHER<br><br>Complaint Served: 12/12/18<br>Current Response Date: 1/2/19<br>New Response Date: 2/1/19 Current<br>Motion Deadline: 3/12/19<br>New Motion Deadline: 4/11/19 |

Plaintiff Nelson Soto ("Soto") and More Naturally, Inc. ("More Naturally"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS this action was filed by Soto on November 2, 2018;

WHEREAS More Naturally was served on December 12, 2018;

---

**STIPULATION TO EXTEND TIME TO RESPOND AND MOVE FOR CLASS CERTIFICATION**

WHEREAS, no previous extensions of time to respond to the complaint have been requested or given;

WHEREAS, More Naturally's response to the initial complaint is currently due on January 2, 2019;

WHEREAS, Soto's deadline to move for class certification, per L.R. 23-3, is currently March 12, 2019;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the deadline for More Naturally to respond to the initial complaint is extended 30 days to and including February 1, 2019, and that, subject to this Court's approval, the deadline for Soto to move for class certification is extended 30 days to and including April 11, 2019.

**IT IS SO STIPULATED:**

Dated: December 28, 2018          HYDE AND SWIGART APC

                                  By: /S/ Joshua B. Swigart
                                      Joshua B. Swigart

                                  Attorneys for Plaintiff
                                  Nelson Soto

Dated: December 28, 2018          FRANKFURT KURNIT KLEIN & SELZ PC

                                  By: _____
                                      Tanya Forsheit

                                  Attorneys for Defendant
                                  More Naturally, Inc.

---

**STIPULATION TO EXTEND TIME TO RESPOND AND MOVE FOR CLASS CERTIFICATION**

# ATTESTATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  December 28, 2018

FRANKFURT KURNIT KLEIN & SELZ PC

By: _____
Tanya Forsheit
Azita Iskandar

Attorneys for Defendant
More Naturally, Inc.