# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nelson Soto, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>More Naturally, Inc. d/b/a/ More Hair Naturally, a California corporation,<br><br>*Defendant*. | Case No. 2:18-cv-09384-DSF-AS<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO MOVE FOR CLASS CERTIFICATION BY 30 DAYS**<br><br>HON. DALE S. FISCHER<br><br>Current Motion Deadline:  3/12/19<br>New Motion Deadline:  4/11/19 |

## O R D E R

Based upon the stipulation of the parties and good cause shown,

IT IS HEREBY ORDERED THAT

Plaintiff Nelson Soto deadline to move for class certification is extended 30 days, from March 12, 2019 to and including April 11, 2019.

IT IS SO ORDERED.

DATED:  December 28, 2018

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE